# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff, ) | |
| v. ) | Case No. 3:04-CR-146 |
| ) | PHILLIPS/ GUYTON |
| MAURICE BLACK ) | |
|     Defendant. ) | |

## ORDER

This matter is before the Court upon defendant's motion to file under seal [Doc. 64]. For good cause stated, defendant may file his sentencing memorandum under seal. Accordingly, defendant's motion is **GRANTED**.

**IT IS SO ORDERED.**

                                                **ENTER:**

                                                s/Thomas W. Phillips
                                                **UNITED STATES DISTRICT JUDGE**